**Opinion filed April 25, 2024**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-24-00082-CV

_____

## SURGE OPERATING, LLC AND MOSS CREEK RESOURCES, LLC, Appellants

## V.

## SHANNA GIBSON, Appellee

---

**On Appeal from the 132nd District Court**
**Borden County, Texas**
**Trial Court Cause No. 1368**

---

## M E M O R A N D U M   O P I N I O N

Appellants have filed in this court a motion to dismiss the appeal. In the motion, Appellants state that the parties have "settled all claims and controversies" and that, as part of the settlement, Appellants have agreed to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellants' motion and dismiss this appeal.


JOHN M. BAILEY

April 25, 2024                                    CHIEF JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.